AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAVIER PONTAZA-ARRIETA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr 3064-BEN

I, JAVIER PONTAZA-ARRIETA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Javier Pontaza Arrieta_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER